**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
jwilner@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

LAUREN MORGAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HIPPO HOLDINGS, INC. and HIPPO ANALYTICS, INC.,

Defendants.

Case No. 5:25-cv-06361-NW

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Lauren Morgan ("Plaintiff") and Defendants Hippo Holdings, Inc. and Hippo Analytics, Inc., ("Defendants" or "Hippo"), the parties to the above-titled action (collectively, the "Parties"), hereby submit this Joint Notice of Settlement to inform the Court that an agreement in principle has been reached to resolve this matter. The Parties are in the process of finalizing a written agreement and Plaintiff expects to file a Notice of Dismissal, or an update to the Court, within twenty-one (21) days.

Dated: November 10, 2025

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
jwilner@bursor.com

*Attorneys for Plaintiff*

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ LAURA LEIGH GEIST*

LAURA LEIGH GEIST (SBN 180826)
lgeist@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

By: *__/s/ L. Timothy Fisher__*
L. Timothy Fisher