UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAUREN MORGAN,
Plaintiff,

v.

HIPPO HOLDINGS, INC., et al.,
Defendants.

Case No. 25-cv-06361-NW

**ORDER VACATING ALL DATES AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT**

Re: ECF No. 28

On November 10, 2025, the parties filed a notice of settlement stating that "an agreement in principle has been reached to resolve this matter." ECF No. 28. Accordingly, all dates, including the January 28, 2026 hearing on Defendants' motion to dismiss, are VACATED. Defendants' motion to dismiss, ECF No. 25, is administratively terminated without prejudice to refile it.

Parties shall file their stipulation of dismissal with prejudice by Monday, December 1, 2025. The Court sets a compliance hearing regarding dismissal for Wednesday, December 17, 2025, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the case is not dismissed by the hearing date, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. All parties shall file an objection to the order to show cause in writing by Wednesday, December 3, 2025. Counsel must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: November 12, 2025

Noël Wise
United States District Judge

United States District Court
Northern District of California